IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMBER SCHEIDT, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | 8:24CV275<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Notice of Voluntary Dismissal with Prejudice, signed by counsel for all parties. Filing 48. The parties notify the Court that this case can be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees, including attorneys' fees, incurred in this action. Filing 48 at 1. Accordingly,

IT IS ORDERED that the parties' Notice of Voluntary Dismissal with Prejudice, Filing 48, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs and fees, including attorneys' fees, incurred in this action.

Dated this 4th Day of March, 2026.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

1